# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO.   2021 CW 0554

VERSUS

TEXAS BRINE COMPANY, LLC

**AUGUST 16, 2021**

---

In Re:   Occidental Chemical Corporation, Occidental Petroleum
Corp., and Oxy USA, Inc., applying for supervisory
writs, 23rd Judicial District Court, Parish of
Assumption, No. 34265.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.** We decline to consider the merits of
relators' writ application, finding the notice of intent was
untimely; however, we note this matter has been stayed pending
the arbitration panel's determination of the arbitrability of
all claims between relators and Texas Brine Company, LLC.
**Pontchartrain Natural Gas System k/d/s Promix, LLC and Acadian
Gas Pipeline System v. Texas Brine, LLC,** 2020-1179 (La. App. 1st
Cir. 3/15/21), 2021 WL 961658 (unpublished).

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT